Melanie C. TAYLOR, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2013–5008.

United States Court of Appeals, Federal Circuit.

Sept. 16, 2013.

Paul W. Browning, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief were Ronald L. Smith and Christine Hlavka.

Michael D. Austin, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Stuart F. Delery, Principal Deputy Assistant Attorney General, Jeanne E. Davidson, Director, and Reginald T. Blades, Jr., Assistant Director.

RADER, Chief Judge, LINN, and REYNA, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**